# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.

**4:89cr4004-WS**
**4:97cv109-WS/WCS**

**STEVEN DEAN,**

    **Defendant.**

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Counsel filed a notice of appeal on Defendant's behalf, doc. 841, and was granted leave to withdraw. Doc. 845.

Defendant appeals the denial of his 28 U.S.C. § 2255 motion, so a certificate of appealability is required. § 2253(c)(1)(B); Fed.R.App.P. 22(b).

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 1603-04, 146 L.Ed.2d 542 (2000); *quoting,* Barefoot v. Estelle, 463 U.S. 880, 893, n. 4 103 S.Ct. 3383, 3394, n. 4, 77 L.Ed.2d 1090 (1983).

Defendant is not entitled to a certificate of appealability as he has not made a substantial showing of the denial of a constitutional right.  The court relies on the reasons set forth in the supplemental report and recommendation, as corrected and clarified on remand and adopted by the court.  Docs. 799, 837, and 839.  Leave to proceed in forma pauperis on appeal should also be denied.  Fed.R.App.P. 24(a)(3) and (4).

Since Defendant now proceeds pro se, the clerk is directed to send this order directly to him.  Defendant is advised that he may now seek a certificate of appealability and leave to proceed in forma pauperis from the court of appeals.  Fed.R.App.P. 22(b)(2) (after district court's denial, applicant may request a circuit judge to issue certificate of appealability) and 24(a)(5) (party has 30 days from service of notice that district court denied leave to appeal in forma pauperis to file a motion to so proceed in the court of appeals).

It is therefore **ORDERED**:

A certificate of appealability **SHALL NOT ISSUE**, and leave to appeal in forma pauperis is **DENIED**.  The clerk shall send a copy of this order to Defendant, who now appears pro se.

**DONE AND ORDERED this** June 28, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE