UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                              4:89cr4004-WS

STEVEN DEAN,

      Defendant.

_____

ORDER DENYING DEFENDANT'S REQUEST FOR A
CERTIFICATE OF APPEALABILITY

    Before the court is the defendant's request for a certificate of appealability. Doc. 849. The court having already entered an order denying the defendant a certificate of appealability, doc. 847, and finding no reason to change that order, it is ORDERED:

    The defendant's request (doc. 849) for a certificate of appealability is DENIED.

    DONE AND ORDERED this July 18, 2005.

                                          /s William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE